JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| North Atlantic Imports, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Nexgrill Industries, Inc.<br><br>Defendant. | Case No. CV  2:19-cv-01195-AB-AFM<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 7, 2020        _____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.