Kenneth B. Black (Bar No. 148026)
Email: ken.black@stoel.com
**STOEL RIVES LLP**
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 578-6939
Facsimile: (801) 578-6999

Elliott J. Williams (*pro hac vice*)
Email: elliott.williams@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Nathaniel L. Dilger (Bar No. 196203)
Email: ndilger@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff,
NORTH ATLANTIC IMPORTS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| NORTH ATLANTIC IMPORTS, LLC, a Utah limited liability company,<br><br>       Plaintiff,<br><br>  v.<br><br>NEXGRILL INDUSTRIES, INC. a California corporation,<br><br>       Defendant. | Case No. 5:19-CV-1195-AB-AFM<br>Judge Andre Birotte Jr.<br>Magistrate Judge Alexander F. MacKinnon<br><br>**STIPULATED DISMISSAL** |

**STIPULATED DISMISSAL**

Whereas the parties to this action notified the Court of a pending settlement and the Court dismissed this action with leave to reopen if settlement is not consummated (Dkts. 45, 48), the parties hereby confirm that they have consummated a settlement of this action and hereby stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to dismissal of this action with prejudice.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  November 3, 2020         **ONE LLP**

By: */s/ Nathaniel L. Dilger*
Nathaniel L. Dilger

*Attorneys for Plaintiff,*
North Atlantic Imports, LLC

Dated:  November 3, 2020         **NELSON BUMGARDNER ALBRITTON PC**

By: */s/ Timothy E. Grochocinski*
Timothy E. Grochocinski

*Attorneys for Defendant,*
Nexgrill Industries, Inc.

**STIPULATED DISMISSAL**

1    **<u>ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)</u>**

2        I hereby attest that all signatories listed, on whose behalf this filing is

3    submitted, concur in this filing's content and have authorized this filing.

4

5                                            */s/ Nathaniel L. Dilger*
                                            Nathaniel L. Dilger
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED DISMISSAL**